UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Crim. No. 3:07-CR-57 (MRK) |
| v. | : | |
| | : | November 12, 2007 |
| HASSAN ABU-JIHAAD | : | |

**MOTION TO SUPPRESS FISA DERIVED EVIDENCE**

Pursuant to the Fourth Amendment of the United States Constitution and 50 U.S.C. §§ 1806(e) and 1821(f), defendant Hassan Abu-Jihaad hereby moves to suppress all information and evidence obtained or derived from electronic surveillance and physical search purportedly authorized by the United States Foreign Intelligence Surveillance Court, including the fruits of any evidence developed from such surveillance or search (collectively, "FISA Derived Evidence"), upon the following grounds:

a.  The Foreign Intelligence Surveillance Act, 50 U.S.C. §§ 1801 *et seq.* is unconstitutional because it violates the Fourth Amendment of the United States Constitution;

b.  The FISA Derived Evidence was unlawfully acquired; and

c.  The surveillance and search(es) which produced the FISA Derived Evidence were not made in conformity with an order of authorization or approval.

In support of this motion, the undersigned attorney represents the following:

1073428-1

1.   Defendant Hassan Abu-Jihaad is accused in a two count Indictment of Providing Material Support to Terrorists in violation of 18 U.S.C. § 2339A and of Communicating National Defense Information to Persons Not Entitled to Receive It in violation of 18 U.S.C. § 793(d).

2.   On or about October 29, 2007, the government filed an Amended Notice of Intention To Use Foreign Intelligence Surveillance Act Information Pursuant 50 U.S.C. §§ 1806(c) and 1825(d) ("the Amended Notice").  The Amended Notice indicates that the government intends to use FISA Derived Evidence at pretrial hearings, the trial and other related proceedings in this case. The Amended Notice does not specify what FISA Derived Evidence the government intends to use, but discovery provided to date suggests that the government intends to use (at a minimum) evidence derived from electronic surveillance (intercepted telephone conversations) and from physical search of the defendant's e-mail accounts.

3.   Defense counsel do not have access to the affidavits and other papers which the government may have submitted to the Foreign Intelligence Surveillance Court (the "FISC") to support an order by the FISC authorizing the electronic surveillance and/or physical search(es).  As a result, defense counsel are left to guess about what information might have been presented to the FISC and what arguments might appropriately be made in support of the instant motion to suppress.  The accompanying Memorandum of Law represents the undersigned attorneys best guess as to those arguments which might be made to support the instant motion.

4.  The undersigned counsel requests permission to supplement or renew this motion if additional information is obtained at a later date.

WHEREFORE, defendant Hassan Abu-Jihaad respectfully requests that the Court issue an appropriate order suppressing all FISA Derived Evidence and granting such other and further relief as the Court deems just and proper.

THE DEFENDANT:

By /s/
Dan E. LaBelle of
HALLORAN & SAGE LLP
Fed. Bar #ct 01984
315 Post Road West
Westport, CT 06880
(203) 227-2855
labelle@halloran-sage.com

1073428-1

## **CERTIFICATION**

I hereby certify that on November 12, 2007, a copy of the foregoing Motion to Suppress was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/_____
Dan E. LaBelle